PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
Nov 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ALBERTO CALDERA,<br><br>                    Defendant. | CASE NO.  1:23-cr-00223-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 16, 2023, charging the above defendant with a violation of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl; 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and

///

///

Motion to Seal Indictment                                                1

1  execution of the warrant.

3  Dated: November 16, 2023              Respectfully submitted,

5                                         PHILLIP A. TALBERT
                                          United States Attorney

7                              By    /s/ Stephanie M. Stokman
8                                    STEPHANIE M. STOKMAN
                                     Assistant U.S. Attorney

11                        IT IS SO ORDERED.

13  Dated:  November 16, 2023
14                                     STANLEY A. BOONE
                                       U.S. Magistrate Judge

Motion to Seal Indictment                    2