PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00223-JLT-SKO |
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| ALBERTO CALDERA, | |
| Defendant. | |

The government moves the Court to unseal the Indictment and all other filings in this case.  On January 3, 2024, the defendant was arrested. He will make his initial appearance on March 8, 2023. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated:  March 7, 2024

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

/s/ Arelis M. Clemente
ARELIS M. CLEMENTE
Assistant United States Attorney

1

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH BARTON
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4041
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:23-CR-00223-JLT-SKO

12                    Plaintiff,        ORDER TO UNSEAL CASE

13          v.

14 ALBERTO CALDERA,

15                    Defendant.

16

17

18        Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered

19 that the Indictment and other court filings in the case be UNSEALED.

20

21 IT IS SO ORDERED.

22 Dated:  __March 8, 2024__                    _____
23                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                        2