ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@capozzilawoffices.com

www.capozzilawoffices.com

Attorney for Defendant,
ALBERTO CALDERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | CASE NO.: 1:23-CR-00223-JLT-SKO |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO** |
| ALBERTO CALDERA | ) | **CONTINUE SENTENCING DATE OF** |
| Defendant. | ) | **JUNE 30, 2025.** |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

    Defendant, Alberto Caldera by and through his Attorney, Anthony P. Capozzi requests continuance of the sentencing date of June 30, 2025. Said request is bases upon the Declaration of Anthony P. Capozzi.

    I, Anthony P. Capozzi declare:

1. This attorney has represented Alberto Caldera throughout the above-entitled case.
2. The defendant entered into a plea agreement on February 25, 2025, and by previous order, this matter was set for sentencing on June 30, 2025.
3. Due to the unavailability of this attorney, it is requested that the sentencing date of June 30, 2025, be continued to July 28, 2025.

4. The Assistant United States Attorney, Stephanie M. Stokman does not oppose this request.

I declare under penalty and perjury under the laws of the State of California that the Foregoing is true and correct.

Executed on 6th day of June 2025, at Fresno, California

Respectfully submitted.

By: /s/ *Anthony P. Capozzi*
ANTHONY P. CAPOZZI, Attorney

IT SO STIPULATED.

Dated: June 6, 2025,    MICHELLE M. BECKWITH
United States Attorney

By: /s/ *Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

### ORDER

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of June 30, 2025, be continued to July 28, 2025 at 9:00am.

IT IS SO ORDERED.

Dated: June 9, 2025

UNITED STATES DISTRICT JUDGE